UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN KURT BAUGHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:23-CV-01601 |
| | § | |
| MARY E BAKER, LINA HIDALGO, ED GONZALEZ and HARRIS COUNTY, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on March 16, 2023 (Dkt. No. 1-44), the Court finds that there are no genuine issues of material fact as to any of Plaintiff's claims in this case, and Defendants are entitled to judgment as a matter of law.

Accordingly, Plaintiff shall take nothing by his claims against Defendants, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiff is denied. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on May 3, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**